APRIL L. HOLLINGSWORTH (Bar No. 9391)
KATIE PANZER (Bar No. 16919)
**HOLLINGSWORTH LAW OFFICE, LLC**
1881 South 1100 East
Salt Lake City, Utah 84105
Telephone: 801-415-9909
april@aprilhollingsworthlaw.com
katie@aprilhollingsworthlaw.com
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| **KERRY MACNAMARA,**<br><br>Plaintiff,<br><br>vs.<br><br>**SALT LAKE COMMUNITY COLLEGE,**<br><br>Defendant. | **REQUEST TO SUBMIT FOR DECISION RE: PLAINTIFF'S MOTION TO AMEND COMPLAINT**<br><br>Case No. 2:20-cv-00076-HCN-DBP<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Dustin B. Pead |

Plaintiff Kerry MacNamara hereby notifies the Court that Plaintiff's Motion to Amend Complaint is ripe for decision.

Ms. MacNamara filed Plaintiff's Motion to Amend Complaint on November 1, 2021 (ECF 26). Defendant did not oppose the motion, and the time to do so has expired. Accordingly, Ms. MacNamara respectfully requests that this Motion be submitted to this Court for decision.

DATED this 1st day of December, 2021.

**HOLLINGSWORTH LAW OFFICE, LLC**

/s/ April L. Hollingsworth
April L. Hollingsworth
Attorneys for Plaintiff Kerry MacNamara

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **NOTICE TO SUBMIT FOR DECISION RE: PLAINTIFF'S MOTION TO AMEND COMPLAINT** was served via the Court's electronic filing system this 1st day of December, 2021, on the following:

Joseph T. Adams
Assistant Utah Attorney General
160 East 300 South, Sixth Floor
Salt Lake City, Utah 84114-0856
josephadams@agutah.gov

/s/ April L. Hollingsworth