APRIL L. HOLLINGSWORTH  (Bar No. 9391)
KATIE PANZER  (Bar No. 16919)
**HOLLINGSWORTH LAW OFFICE, LLC**
1881 South 1100 East
Salt Lake City, Utah 84105
Telephone: 801-415-9909
april@aprilhollingsworthlaw.com
katie@aprilhollingsworthlaw.com
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| **KERRY MACNAMARA,**<br><br>            Plaintiff,<br><br>vs.<br><br>**SALT LAKE COMMUNITY COLLEGE,**<br><br>            Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:20-cv-00076-HCN-DBP<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Dustin B. Pead |
|---|---|

   Plaintiff Kerry MacNamara and Defendant Salt Lake Community College, by and through counsel, hereby stipulate and agree that this action, including all claims therein or which could have been asserted by all parties, is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

   DATED this  _21st_  day of June, 2022.

**HOLLINGSWORTH LAW OFFICE, LLC**

/s/ April L. Hollingsworth
April L. Hollingsworth
Attorneys for Plaintiff Kerry MacNamara

**UTAH ATTORNEY GENERAL**

/s/ Joseph T. Adams
Joseph T. Adams
Assistant Utah Attorney General
Attorneys for Defendant
*Signed by filing attorney with permission*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was served via the Court's electronic filing system this _21st_ day of June, 2022, on the following:

Joseph T. Adams
Assistant Utah Attorney General
160 East 300 South, Sixth Floor
Salt Lake City, Utah 84114-0856
josephadams@agutah.gov

/s/ April L. Hollingsworth